IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:20-MJ-3169 |
| Plaintiff, ) | |
| vs. ) | ENTRY OF APPEARANCE |
| MARLAN BURKI, ) | |
| Defendants, ) | |

COMES NOW, Attorneys Steve Lefler and Matthew Burns, and hereby enter their appearance on behalf of MARLAN BURKI, Defendant in the above captioned matter.

        MARLAN BURKI, Defendant

        By;   /s/ Steve Lefler
        Steve Lefler #15434
        Matthew Burns, #25437
        1213 JONES St.
        Omaha, Nebraska 68102
        (402) 342 4433
        Attorneys for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was forwarded to the US Attorney by way of First Class Mail, Email, and/or Electronic service on OCTOBER 2, 2020.

        /s/ Steve Lefler
        Steve Lefler