IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MARLAN BURKI,<br><br>    Defendant. | **WITNESS LIST**<br><br>Case No. 4:20MJ3169<br>Deputy:  Jeri Bierbower<br>Reporter: Digital Recorder<br>Date:   October 08, 2020 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Jeffrey L. Davis by telephone | 10/8/2020 |
| Cynthia L. Burki by telephone | 10/8/2020 |