IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARLAN BURKI,<br><br>                Defendant. | **4:20MJ3169**<br><br>**ORDER** |

The government's motion to dismiss, (Filing No. 21), is granted and the criminal complaint is dismissed without prejudice.

Dated this 14th day of October, 2020.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge